AGNES J. BADER, PLAINTIFF-APPELLANT, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, DEFENDANT-RESPONDENT.

Submitted October 27, 1933—Decided January 5, 1934.

For the appellant, *William Charlton.*

For the respondent, *Carr & Carroll* (*Walter R. Carroll,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.